UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-06847-WDK(JCx) | Date | March 8, 2012 |
|---|---|---|---|
| Title | G & G Closed Circuit Events LLC v. Eugene Hernandez et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     (IN CHAMBERS) ORDER SHOW CAUSE

     The Court is in receipt of Defendant's Answer to the Complaint and Demand for Jury Trial filed February 27, 2012. The Answer to the Complaint was filed untimely pursuant to FRCivP 55a.

     Within seven (7) days of this Order, Defendant is to show cause why the Answer should be accepted by the Court and file a motion to set aside default.

     IT IS SO ORDERED

                                                                                                      :

Initials of Preparer     PG